HOLDEN, Respondent, v. STARING et al., Appellants.

(Supreme Court, General Term, Fourth Department. November, 1892.)

Action by Porter Holden against Daniel Staring and others for false imprisonment and malicious prosecution. Judgment for plaintiff, from which, and an order denying a new trial, defendants appeal. Reversed.

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

E. R. Brown, for appellants.
Thompson & Chapman, for respondent.

PER CURIAM. Upon the trial the defendants requested the court to hold that no cause of action for malicious prosecution was established, and the court refused so to hold, and the defendants excepted. We think this exception was well taken. There was no sufficient proof of want of probable cause to maintain the action for malicious prosecution, therefore a new trial should be ordered. Judgment and order reversed, and a new trial ordered, with costs to abide the event.

---

ALFRED SHRIMPTON & SONS, Limited, Appellant, v. OHLWEILER, Respondent.

(Common Pleas of New York City and County, General Term. December 22, 1892.)

Appeal from first district court.
Action by Alfred Shrimpton & Sons, Limited, against Charlotte Ohlweiler.
G. C. Coffin, for appellants.
E. Fixman, for respondent.
No opinion. Judgment reversed, new trial ordered, with costs to the appellant.

---

AMABLIE, Respondent, v. WEHRMAN, Appellant.

(Common Pleas of New York City and County, General Term. December 22, 1892.)

Appeal from ninth district court.
Action by Felix Amablie against Christian Wehrman.
W. H. Knox, for appellant.
C. H. Preyer, for respondent.
No opinion. Judgment affirmed, with costs.

---

COHEN, Respondent, v. KOCHLER et al., Appellants.

(Common Pleas of New York City and County, General Term. December 22, 1892.)

Appeal from sixth district court.
Action by Adolph J. Cohen against Henry Kochler & Company.
I. Bronner, for appellants.
G. Hahn, for respondent.
No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.